UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES ALSTON )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:24-CV-518-FL
NATIONAL CREDIT SYSTEMS, INC. )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 13, 2025, and Copies To:**
James Alston (via US mail)  P O Box 1217 Creedmoor, NC  27522
Claire Collins Dickerhoff (via CM/ECF Notice of Electronic Filing)

March 13, 2025        PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K.Collins
                                        (By) Sandra K. Collins, Deputy Clerk